**IN THE UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF COLORADO**

| | |
|---|---|
| **JONATHAN ROSARIO** | ) |
| | ) **Civil Action No. 13-2346** |
| Plaintiff, | ) |
| v. | ) |
| **GENERAL INFORMATION SERVICES, INC.** | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Gregory J. Gorski on behalf of Plaintiff in the above-captioned matter.

                        **Respectfully submitted,**

                        **FRANCIS & MAILMAN, P.C.**

BY:   */s/ Gregory J. Gorski*
           GREGORY J. GORSKI
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA 19110
           (215) 735-8600

Dated: November 15, 2013