IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02346-CMA-BNB

JONATHAN ROSARIO,

Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.,

Defendant.
_____

**ORDER**
_____

At the scheduling conference conducted this morning, plaintiff's counsel sought guidance concerning attempts to obtain an order allowing Mark D. Mailman to withdraw as plaintiff's counsel. Two previous attempts have been stricken.

Withdrawal of counsel is governed by D.C.COLO.LAttyR 5(b), which provides in relevant part:

> An attorney who has appeared in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

Mr. Mailman's first attempt to withdraw was by a Notice [Doc. # 10], which does not comply with the requirement of an order entered in response to a motion showing good cause. Mr. Mailman's second attempt to withdraw was by Motion [Doc. # 12], but there is no indication

that notice of the Motion was served on Mr. Mailman's client or that it contained the necessary warning.

Any attempt by Mr. Mailman to withdraw must satisfy the requirements of D.C.COLO.LAtty R 5(b).

SO ORDERED.

Dated December 11, 2013.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge