# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JONATHAN ROSARIO**  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**GENERAL INFORMATION**  )<br>**SERVICES, INC.**  )<br>  )<br>    Defendant.  ) | **Civil Action No. 1:13-cv-02346-CMA-BNB** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jonathan Rosario and the Defendant General Information Services, Inc., that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action as to the Defendant be dismissed with prejudice by its undersigned counsel, that Plaintiff dismisses his claims against Defendant General Information Services, Inc., as settled, with each party to bear their own costs incurred within.

| | |
|---|---|
| */s/ Gregory Gorski*<br>GREGORY GORSKI<br>**FRANCIS & MAILMAN, P.C.**<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br>215-735-8600<br>215-940-8000 (fax)<br>ggorski@consumerlawfirm.com<br><br>Attorneys for Plaintiff | */s/ Timothy Murphy*<br>Timothy M. Murphy<br>**HALL & EVANS LLC**<br>1001 Seventeenth Street, Suite 300<br>Denver, CO 80202<br>Tel: 303-628-3311<br>murphyt@hallevans.com<br><br>Attorneys for Defendant<br>General Information Service, Inc. |

SO ORDERED:

_____
CHRISTINE M. ARGUELLO, U.S.D.J.

Dated: _____